UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAN MICHAEL HYDE,

    Plaintiff,

v.     Case No. 3:22cv4904-LC-HTC

SHERIFF MICHAEL ADKINSON, JR.,
CAPTAIN JOHN MORING,
SERGEANT J. BROWN,
LEGAL ACCESS STAFF MAILROOM GABRIELLE CUTCHENS,

    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on August 12, 2022, (ECF No. 18), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with a Court order. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv4904-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

2. That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and failure to disclose.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 24th day of August 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**